No. 03–1213. MOORE v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 6, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–8751. LOVITT v. TRUE, WARDEN. Sup. Ct. Va. Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–8923. RUCKER v. SANTA CLARA COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari before judgment denied.